MELISSA HOLYOAK, United States Attorney (#9832)
PETER REICHMAN, Special Assistant United States Attorney (#15241)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 380-4678
Email: peterr@utahcounty.gov

FILED US District Court-UT
JAN 14 '26 PM01:05

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OMAR ALEJANDRO LABRADA-FELIX,<br><br>and<br><br>FRANCISCO JAVIER GARCIA-MORALES,<br><br>Defendants. | INDICTMENT<br><br>Count I: 21 U.S.C. § 841(a)(1), Possession of Fentanyl with Intent to Distribute (> 400 grams)<br><br>Case: 2:26-cr-00004<br>Assigned To : Shelby, Robert J.<br>Assign. Date : 1/13/2026 |

The Grand Jury Charges:

**COUNT I**
21 U.S.C. § 841(a)(1)
(Possession with Intent to Distribute Fentanyl)

On or about December 16, 2025, in the District of Utah,

OMAR ALEJANDRO LABRADA-FELIX,
and
FRANCISCO JAVIER GARCIA-MORALES,

defendants herein, did knowingly and intentionally possess with intent to distribute four hundred (400) grams or more of a mixture or substance containing a detectable amount of N-phenyl-N- [1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide ("Fentanyl"), a Schedule II controlled substance, within the meaning of 21 U.S.C. § 812, and did aid and abet therein, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

A TRUE BILL:

/s/

FOREPERSON OF THE GRAND JURY

MELISSA HOLYOAK
United States Attorney

PETER REICHMAN
Special Assistant United States Attorney