# United States District Court

for the
**District of Utah**

UNITED STATES OF AMERICA

V.

**Omar Alejandro Labrada-Felix**

## ARREST WARRANT

Case No: 2:26-cr-00004-RJS

**DESIGNATED LOCATION:** ☒ **Salt Lake City** ☐ **St George**

To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested) OMAR ALEJANDRO LABRADA-FELIX,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information
☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition
☐ Supervised Release Violation Petition

This offense is briefly described as follows:

**Possession with Intent to Distribute Fentanyl**

in violation of **21:841(a)(1)** United States Code.

Gary P. Serdar
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

[signature]
Signature of Issuing Officer

January 14, 2026 at Salt Lake City, Utah
Date and Location

By:MOZELLE HIATT
Deputy Clerk

United States District Court WARRANT District of Utah

Bail fixed ______________ by ______________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ______________ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |